UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALASSANDRO N. JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>SANTA RITA JAIL, et al.,<br><br>    Defendants. | Case No. 23-cv-04867-AMO (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Alassandro N. Johnson, filed the present *pro se* prisoner complaint under 42 U.S.C. § 1983. On December 15, 2023, mail directed to Johnson by the Court was returned to the Clerk of the Court with the following notation, "NOT IN CUSTODY[,] RETURN TO SENDER." Dkt. 9. Further notations indicated as follows: "RETURN TO SENDER[,] NOT DELIVERABLE AS ADDRESSED[,] UNABLE TO FORWARD." *Id.* On December 29, 2023, another piece of mail directed to Johnson by the Court was returned to the Clerk with similar notations, which also indicated that it was returned as undeliverable because he was not in custody. Dkt. 10. To date, Johnson has not updated his address with the Court or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding *pro se* whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. *See* L.R. 3-11(a). The Court may dismiss without prejudice a complaint when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address. *See* L.R. 3-11(b).

More than sixty days have passed since the mail directed to Johnson by the Court was returned as undeliverable on December 15, 2023. The Court has not received a notice from Johnson of a new address. Accordingly, the complaint is **DISMISSED** without prejudice pursuant to Rule 3-11.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated:  February 15, 2024

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

2